UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| BRYAN PHILLIP BONHAM, | Case No. 2:22-cv-01149-MMD-BNW |
|---|---|
| Petitioner, | ORDER |
| v. | |
| CALVIN JOHNSON, *et al.*, | |
| Respondents. | |

    Petitioner Bryan Bonham filed what he has styled as a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254. (ECF No. 1-1.) The Court will grant Bonham's application to proceed *in forma pauperis.* (ECF No. 1.) Additionally, the Court has conducted a preliminary review of the petition, and it is dismissed for various defects.

    First, for the most part, the petition is not on this Court's form, nor does it substantially follow the form, as required by the Local Rules. *See* LSR 3-1. Furthermore, it is entirely unclear to the Court what relief Bonham seeks. In the 40-odd handwritten pages, Bonham sets forth various sections of the Nevada Constitution and purports to set out the law governing several areas such as subject matter jurisdiction and criminal complaints. The main thrust of Bonham's argument appears to be that the Nevada Revised Statutes ("NRS") lack an enacting clause, and therefore, are invalid.

    Bonham also states that the NRS is under an illegal copyright. He argues that the "NRS statutes charged against petitioner are of an unknown and uncertain authority." (ECF No. 1-1 at 20.) But 28 U.S.C. § 2254(a) provides that this Court may entertain a habeas petition on behalf of a person who is in custody pursuant to a state judgment of conviction in violation of his federal constitutional rights. While Bonham includes sections that supposedly set forth state trial and appellate court error, this Court cannot discern what error(s) he seeks to raise. He references "stealth fraud" by state actors as well as

their "bovine scatology" responses to his arguments. (*Id.* at 32-33.) The Court thus finds that Bonham's arguments are frivolous and do not state claims for which federal habeas corpus relief may be granted. *See* 28 U.S.C. § 2254(a). Accordingly, Bonham's petition is dismissed for failure to state claims cognizable in habeas corpus.

It is therefore ordered that Petitioner Bryan Bonham's application to proceed *in forma pauperis* (ECF No. 1) is granted.

The Clerk of Court is directed to detach and file Bonham's petition (ECF No. 1-1).

It is further ordered that Bonham's petition (ECF No. 1-1) is dismissed for failure to state claims for which relief may be granted.

It is further ordered that a certificate of appealability is denied, as jurists of reason would not find the Court's dismissal of this action for failure to state a cognizable claim to be debatable or incorrect.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 25th Day of July 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE